# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3950
Lower Tribunal No. 22-821 CA

_____

CAPE HAZE DENTAL, P.A.,

Appellant,

v.

CARDAVANT, LLC,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

March 18, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Warren R. Ross, of Walters, Levine & DeGrave, Sarasota, for Appellant.

Will W. Sunter, of Farr Law Firm P.A., Punta Gorda, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED